[Cite as *Mercado v. Dept. of Rehab. & Corr.*, 2010-Ohio-203.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ARIEL MERCADO

     Plaintiff

     v.

DEPARTMENT OF REHABILITATION AND CORRECTION

     Defendant

      Case No. 2007-06381

Judge Joseph T. Clark
Magistrate Steven A. Larson

JUDGMENT ENTRY

{¶ 1} On October 27, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2007-06381      - 2 -      JUDGMENT ENTRY

_____
JOSEPH T. CLARK
Judge

cc:

Daniel R. Forsythe        Lester S. Potash
Assistant Attorney General      1717 Illuminating Building
150 East Gay Street, 18th Floor    55 Public Square
Columbus, Ohio 43215-3130     Cleveland, Ohio 44113-1901

MR/cmd
Filed January 11, 2010
To S.C. reporter January 25, 2010